# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Bennie R. Hearst Pettway, et alia          :

Plaintiff(s)          :

:

v.          :          **AMENDED FILING II**
:          **NOTICE OF REMOVAL:**
:          **DEMAND FOR RELIEF**
Lima One Capital LLC          :
Jeff Tennyson, Chief Executive Officer          :

HOF I REO 5 Inc          :
Kevin Holliday, Operations Director          :

Philadelphia Sheriff's Office          :
Rochelle Bilal, Sheriff, et alia          :
Robin Robinson, Deputy Sheriff          :

:
Single Source Property Solutions LLC          :
Andre Lacouture, President          :

:
American Destiny Real Estate          :
Services LLC          :
Edward Levin, Owner          :

:
American Home Title Insurance          :
Agency Inc          :

Philadelphia Police Depart, IAD          :
Kevin Bethel, Commissioner          :

Rodney Burrell, Broker (Georgia)          :
Lima One Capital LLC          :

:
Philadelphia Court of Common Pleas          :
Nina Wright Padilla, President          :

Philadelphia Office of the District          :
Attorney          :
Larry Krasner          :

Defendant(s)          :

:

---

**NOTICE OF REMOVAL:   DEMAND FOR RELIEF**

# FORMAL NOTICE...
# CEASE AND DESIST
# ALL STATE COURT ACTION

## NOTICE OF REMOVAL!
## Illegal Ejectment Case #230402868
## & Illegal Foreclosure Case #200801727
## and Joinder to all Related Cases

### YOU ARE HEREBY GIVEN CLEAR FORMAL NOTICE THAT YOUR ILLEGAL DEBT COLLECTION PRACTICE IS OVER AND HAS BEEN REMOVED TO:
# Case # 2:25-CV-00293-JMG

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

**WITH AN ORDER OF INJUNCTION TO CEASE AND DESIST ALL INTERVENTION AND ILLEGAL DEBT COLLECTION ACTION AND TO ACCEPT INTERNATIONAL BILL OF EXCHANGE FOR PAYMENT OF THE DEBT OBLIGATION**

## FORMAL NOTICE SERVED ON:

Common Pleas Abbe Fletman; Philadelphia Court of Common Pleas; Philadelphia Office of the District Attorney; Philadelphia Police Department, IAB; Philadelphia Sheriff's Office; Lima One Capital LLC; HOF I REO 5 Inc of Delaware; American Destiny Real Estate Services LLC; American Home Title Insurance Agency, Inc; Single Source Property Solutions LLC; and Rodney Burrell, Broker to Lima One Capital LLC (Georgia); and all Hired Unethical Attorneys continuously supporting Predatory Lending, Deed Fraud, Identity Theft, and Illegal Debt Collections.

**By: either certified United States mail, email, text, and/or facsimile.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Bennie R Hearst Reythury, et alea
(Hearst, Bennie)
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Philadelphia Court of
Common Pleas

Philadelphia Office of the
District Attorney

Amendment II

**COMPLAINT**

Jury Trial: ☐ Yes    ☐ No

*(check one)*

25-cv-293

① IN RE; County Investi-
gating Grand Jury XXIII -
Miscellaneous # 0009901-
2008    C-2

② Complaint w Order
Christos Sourovelis, et al v
City of Philadelphia, etal
Civil (class) Action # 14-4687
(See exhibit A)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.      Parties in this complaint:

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name              Bennie R Hearst Reythury, et alea
               Street Address    1542 Haines Street
               County, City      Philadelphia
               State & Zip Code  Pennsylvania
               Telephone Number  484 734 5887

*Rev. 10/2009*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Bennie R Hearst Pettway et alia
(Hearst Bennie)

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Philadelphia Court of
Common Pleas

Philadelphia Office of the
District Attorney

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

Amendment II a

**COMPLAINT**

Jury Trial: ☐ Yes    ☐ No

(check one)

25-cv-293

① Bills Quia Temet

② Petition to Enforce the
Acceptance of A Bill of
Exchange As Legal Tender
for Payment of Debt
Obligations

1+2 Forthcoming As Amend-
ment III

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name            Bennie R Hearst Pettway, et alia
            Street Address    1542 Hermes Street
            County, City      Philadelphia
            State & Zip Code  Pennsylvania
            Telephone Number  484 843 1786

_Rev. 10/2009_

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name *Philadelphia Court of Common Pleas*
Street Address *1301 Filbert Street #310 B*
County, City *Philadelphia*
State & Zip Code *Pennsylvania 19107-2605*

Defendant No. 2
Name *Office of the District Attorney* *Philadelphia*
Street Address *1425 Arch Street, 4th floor*
County, City *Philadelphia*
State & Zip Code *Pennsylvania 19102-0001*

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
    Q  Federal Questions        ✪ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *See previous filing* _____
    _____
    _____

# Amendment II  Continued

(2A) Civil-Action # 2:14-CV-4687 ER

(3) Civil Action # 14-04148-GTP

Katherine Crawford, et al &

Khalilah Robinson, et al.

Memorandum

a forged deed is a void deed even in the hands of an innocent purchaser.

(4) see also, Ware house Builders & Supply Inc. V Perryman, 257 A.2d 349, 350 (PA Supr Ct 1969) &

Hutchase vs Commw. Title Ins. & Trust Co., 60 A 557, 557 (Pa 1905)

— (Hearst, Bennie)
I, Bennie R Hearst Pettway And my partner, Dante Moore (Moore, Dante) have full ownership of 1542 Haines Street And Connect A Care Network LLC Never owned it.

see exhibit A attached It wasn't Authorized. Additionally, HOF I REO 5 Inc from Delaware, with no permission to Transact business in Pennsylvania as a foreign entity, has Never had ownership of 1542 Haines Street And is making false claims.

# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

TRIAL DIVISION

| | | |
|---|---|---|
| IN RE | : | MISC. NO. 0009901-2008 |
| COUNTY INVESTIGATING | : | |
| GRAND JURY XXIII | : | C-2 |

## FINDINGS AND ORDER

AND NOW, this 15 day of December, 2009, after having examined the Presentment of the County Investigating Grand Jury XXIII, this Court finds that the Presentment is within the authority of the Investigating Grand Jury and is otherwise in accordance with the provisions of the Investigating Grand Jury Act, 42 Pa.C.S. §4541, et. seq. In view of these findings, the Court hereby accepts the Presentment and orders it sealed until further order of the Court. At that time, the Presentment shall be unsealed and the Court will refer it to the Clerk of Court for filing as a public record.

BY THE COURT:

RENEE CARDWELL HUGHES
Supervising Judge
Court of Common Pleas

*Original Deal p.3*

**Complaint with Order** against Deprivation of Right (s) and to Due Process under Past Case Law for Equal-Protection under "Bill of Rights" Pa. Article 1, Section 1, 3 and section 11; Warranting Immediate Warrant for Arrest (s) for Order to the Grand-Jury for Bill of Indictment (s) and for Order to Return the Land-House and Title back in the Name of All Victim(s) cited herein for Remedy and Return, et seq.

So Ordered (Res-Judicata ) in case cited as:

COMMONWEALTH, et al (Victims of Stolen Homes and Equity) v. JUANTA TORRES, et al. Criminal Case # CP. 51 CR 0003533-2009, et al.

See:   Order and Amended Order "Returning Houses" being Unlawfully taken or sold by defendant (s) and all persons or claiming by, through or under TORRES or anyone of the co-conspirator-defendants shall immediately vacate the said forgoing properties.  Now, attached herein and made part and parcel.   (See Additional Properties, now made a part herein).

.  The Commissioner of Records of the City of Philadelphia is hereby ordered to file a certified copy of this order and index the same against the real properties described on exhibit "A" in order to put all third parties on notice of this content. The Deed shall be put back into the names of the original owners who submit this order without cost or tax or fee.

  So Ordered,                              BY  THE  COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOS SOUROVELIS, et al.,  :  CIVIL (CLASS) ACTION
                               :  No. 14-4687 *Order*
            Plaintiffs,        :  *To be filed of record*
                               :
    V.                         :  *[signature]*
                               :
CITY OF PHILADELPHIA, et al.,  :
                               :  1/13/20.
            Defendants.        :



## ORDER

**AND NOW**,  upon consideration of "Plaintiff s" and Additional Plaintiffs
who are entitled to the return of their property that was unlawfully
taken from them in direct violation of the Pennsylvania Constitution and
the Order entered by the Commonwealth Court, In case law cited as
Commonwealth of Pennsylvania, vs. Justin Irland; " The Commonwealth
and its courts never had right to confiscation authority and that it never came
with them from across the sea. Also Religious Immunity from (tax, levy and
fees) As cited by our Supreme Court, In  Murdock, vs. Pennsylvania, cited as
case law, 319 U.S. 105, et seq.  Incorporated and made part of this order.

The Consent Motion to vacate order s filed by the Commonwealth, as
attached and the order by the Court of Common Pleas of Philadelphia
County, Ordered IS VACATED:

The Commonwealth is hereby directed promptly to UNSEAL the property and
to permit Respondent to RE-ENTER AND REPOSSESS the property : and

All utility services at the property shall be placed back in the name.

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: FEB 2 3 2022
ATTEST: Steve Tony
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EATERN DISTRICT OF PENNSYLVANIA

Sourovelis, et al,
Additional Plaintiffs   with Insurable Claims for State Remedy Bill

Vs.                    Civil Action No 2:14—CV- 4687 ER

City of Philadelphia, Police Department and Court of Common Pleas, et al

*Universal Co-op* Plaintiff for State Remedy Bill Claim (s)
*Anthony tony McNeil* Plaintiff for State Remedy Bill claim
BY
(s) *Anthony E. McNeil SR.* Plaintiff for State Remedy Bill claim
*Return V 1610 w. Wingohocking st. (Office + house)*

To All Class Plaintiff(s) and Defendants !

Kindley Accept Emergency Purposed Order

For The Defendant(s) to Notify its Liability and Dishonesty—Bond—Insurer (s) Pursuant to Insured obligation to Notice

For All Corporate Self- Insurer (s) 72 Hour Notice Obligation ?

An Insured's Obligation to Notify an Insurer of a Claim against the Insured for which the Insurer is liable under its policy... Also, Delay Damages and Penalties.

## PURPOSED ORDER FOR RETURN OF PROPERTY
## AND INSURED DEFENDANT'S INSURER TO PAY ALL CLAIMS

And Now, pursuant to the attached Order for return of Property and for the Insured's Bond Insurer for Compensate the Plaintiff for his/her injury secured under Pa. Article I, section 11; "Suits against the Commonwealth and Every Man's Injury Remedy administered... without sale, denial or delay.    SO GRANTED,    By The Court, The Clerk of Court is hereby Ordered to Certify and Record this Order...

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE CRAWFORD, *et al.*

Plaintiffs

v.

KHALILAH ROBINSON, *et al.*

Defendants

CIVIL ACTION
NO. 14-04148

PAPPERT, J.                                                        AUGUST 12, 2015

MEMORANDUM

In 1998, Lorraine Crawford allegedly obtained full title to a property in Philadelphia by fraudulently inducing two of her siblings to sign a deed and allegedly forging the signatures of two others. (Am. Compl. ¶¶ 30-32, Doc. No. 26.) The siblings whose signatures were allegedly forged are the plaintiffs in this case, along with another sibling whose signature was absent from the deed, even though she had an interest in the property when the deed was executed. (*Id.* ¶ 33.) They initiated this quiet title action to determine the allocation of interests in the property.

As part of this action, they seek a declaration that any mortgages or liens by which Lorraine encumbered the property encumber only that portion of the property to which she had title before the fraudulent transfer. Defendants the Department of Housing and Urban Development ("HUD") and U.S. Bank, National Association ("U.S. Bank") hold mortgages on the property. (*Id.* ¶ 7.) Defendant the United States of America holds a federal tax lien against Lorraine Crawford and her property. (*Id.* ¶ 9.) HUD and the United States collectively, and U.S. Bank individually, move to dismiss the claims against them, arguing both that the Court lacks subject matter jurisdiction over the dispute and that the amended complaint fails to state a claim upon which relief can be granted. The Court denies the motions.

*See: Pa. Law (pg 9+10)    See See page(s)
Fraud Deed has "No Statute of (pg 9-10) Limitation?*

also an "innocent victim" "in complete ignorance" of the forgery. *Id.* The Court cancelled the

deed and mortgage accordingly. *See, also e.g., Warehouse Builders & Supply Inc. v. Perryman,*

257 A.2d 349, 350 (Pa. Super. Ct. 1969) ("[A] forged deed is a void deed even in the hands of an

innocent purchaser"); *Flitcraft v. Commw. Title Ins. & Trust Co.,* 60 A. 557, 557 (Pa. 1905)

(cancelling mortgage obtained upon forged deed because "the deed was thereby avoided, and

could not thereafter be used in any way whatsoever to the prejudice of the complainant."").

Because the deed could not pass good title if forged, the Court denies the motions to dismiss on

this point.

U.S. Bank further argues that Plaintiffs' claims are barred by the statute of limitations and

the doctrine of laches. The Court rejects both arguments. First, under Pennsylvania law, a quiet

title action to declare that a mortgage does not encumber a property has no statute of limitations

because title to "the property is clouded by the questioned mortgage each day that it remains."

*Kean v. Forman,* 752 A.2d 906, 908 (Pa. Super. Ct. 2000). Therefore, U.S. Bank's attempt to

impose on Plaintiffs the two-year fraud statute of limitations fails. *See, e.g., id.* (refusing to

apply limitations period in Uniform Fraudulent Transfer Act to action to remove cloud on title).

Furthermore, at this stage of the proceedings, the Court cannot bar Plaintiffs' claims

under the doctrine of laches unless the allegations on the face of the amended complaint show

inexcusable delay and prejudice to the Defendants because of the delay. *Santana Prods., Inc. v.*

*Bobrick Washroom Equip., Inc.,* 401 F.3d 123, 138 (3d Cir. 2005) (listing elements of laches);

*Coughlin v. Ryder,* 260 F. Supp. 256, 260 (W.D. Pa. 1966) ("It has long been held that a motion

to dismiss under Rule 12 will be sustained where laches can be determined without the necessity

for further factual inquiry."). Where, as here, "a plaintiff files suit within the applicable statute of

limitations, the burden is on the defendant to establish laches as an affirmative defense." *Gloster v. Relios, Inc.*, No. 02-cv-7140, 2006 WL 1737800, at *1 (E.D. Pa. June 26, 2006).

U.S. Bank has not met its burden. The allegations in the amended complaint show that Plaintiffs waited nearly 15 years after the allegedly forged deed was recorded before bringing this action. Nevertheless, there are no factual allegations in the amended complaint to allow the Court to determine whether that delay was undue or whether it has prejudiced U.S. Bank. *See, e.g., Advanced Cardiovascular Sys., Inc. v. Scimed Life Sys., Inc.*, 988 F.2d 1157, 1161 (Fed. Cir. 1993) ("The strictures of Rule 12(b)(6), wherein dismissal of the claim is based solely on the complainant's pleading, are not readily applicable to a determination of laches."). The Court accordingly denies U.S. Bank's motion on this point without prejudice for U.S. Bank to reassert the defense at summary judgment if appropriate. *See, e.g., In re Niaspan Antitrust Litig.*, 42 F. Supp. 3d 735, 750 (E.D. Pa. 2014) ("[T]he Court declines to dismiss plaintiffs' Complaints based on laches without prejudice to defendants' right to raise the issue by motion for summary judgment.").

An appropriate order follows.

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.

11

# IN THE UNITED STATES DISTRICT COURT
# PHILADELPHIA COUNTY, PENNSYLVANIA
# EASTERN DISTRICT OF PENNSYLVANIA

Bennie R. Hearst Pettway, et alia                        :

    Plaintiff(s)                                           :          Case # 2:25-CV-00293-JMG

             v.                                        :

                              :          **NOTICE OF REMOVAL:**
                              :          **TABLE OF CONTENTS**

Lima One Capital LLC                                     :
Jeff Tennyson, Chief Executive Officer                   :

HOF I REO 5 Inc                                          :
Kevin Holliday, Operations Director                      :

Philadelphia Sheriff's Office                            :
Rochelle Bilal, Sheriff, et alia                         :
Robin Robinson, Deputy Sheriff                           :

Single Source Property Solutions LLC                     :
Andre Lacouture, President                               :

American Destiny Real Estate                             :
Services LLC                                             :
Edward Levin, Owner                                      :

American Hone Title Insurance                            :
Agency Inc                                               :

Philadelphia Police Depart, IAD                          :
Kevin Bethel, Commissioner                               :

Rodney Burrell, Broker (Georgia)                         :
Lima One Capital LLC                                     :

    Defendant(s)                                       :

_Reservation of Rights to Amend_

_Hearst Bennie R_

## Bennie R. Hearst Pettway, et alia,
## Notice of Removal: Table of Contents

**TO:**
THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA, UNITED STATES OF AMERICA:

Pursuant to the forthcoming filing to this case:

PETITION TO ENFORCE THE ACCEPTANCE OF A BILL OF EXCHANGE AS LEGAL TENDER FOR PAYMENT OF DEBT OBLIGATIONS, included herein is a Table of Contents.

### TABLE OF CONTENTS

|      | COMPLAINT |
|------|-----------|
|      | Jury Trial |
|      | Order |
| I    | PARTIES IN COMPLAINT |
| III  | BASIS FOR JURISDICTION |
| III  | STATEMENT OF CLAIM |
| IV   | INJURIES |
| V    | DEMAND FOR RELIEF |
| VI   | CRIMINAL COMPLAINTS |
| VII  | NOTICE OF REMOVAL: TABLE OF AUTHORITIES |

VIII        NOTICE OF REMOVAL:
             GROUNDS


X          COPY OF INTERNATIONAL BILLS OF EXCHANGE
             UNCITRAL CONVENTION 1988;
             WITH PROOF OF MAILING TO THE UNITED STATES
             DEPARTMENT OF THE TREASURY

# IN THE UNITED STATES DISTRICT COURT
# PHILADELPHIA COUNTY, PENNSYLVANIA
# EASTERN DISTRICT OF PENNSYLVANIA

Bennie R. Hearst Pettway, et alia

    Plaintiff(s)

       v.

Lima One Capital LLC
Jeff Tennyson, Chief Executive Officer

HOF I REO 5 Inc
Kevin Holliday, Operations Director

Philadelphia Sheriff's Office
Rochelle Bilal, Sheriff, et alia
Robin Robinson, Deputy Sheriff

Single Source Property Solutions LLC
Andre Lacouture, President

American Destiny Real Estate
Services LLC
Edward Levin, Owner

American Home Title Insurance
Agency Inc

Philadelphia Police Depart, IAD
Kevin Bethel, Commissioner

Rodney Burrell, Broker (Georgia)
Lima One Capital LLC

    Defendant(s)

CASE # 2:25-CV-00293-JMG

**NOTICE OF REMOVAL:
ORDER
GRANTING DEMAND FOR
IMMEDIATE RELIEF**

---

**Bennie R. Hearst Pettway, et alia,**     <u>**Notice of Removal: Order**</u>

# ORDER
## GRANTING DEMAND FOR IMMEDIATE RELIEF

**BEFORE THE COURT** is Plaintiff's Complaint(s) and Petition for Demand for Immediate Relief on the grounds that:

1. Defendants have failed to file an answer or pleading in response to the complaint dated 25 March 2024 I case #5:24-cv-01282-JMG, and serve on the Plaintiffs. There having been no answer or pleading, the Court finds good cause to grant the judgment. Accordingly, **IT IS HEREBY ORDERED** that

2. Plaintiff's complaint and Petition to Enforce Acceptance of International Bill of Exchange (IBoE) as evidenced before this court Immediate Relief is GRANTED. Relief is to follow.

Therefore, the District Court Justice is hereby directed to enter this Order and to provide copies to counsel and to Defendants and close this case.

It is Further Ordered this _____ day of _____, 2025, upon consideration of non respondent Defendants, and none of the Defendants serving on the Plaintiffs an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure to the Complaint initially dated 25 March 2024 or amended date 28 March 2024 respectively, in a timely manner, 26 April 2024, estimated; Plaintiff's documents filed in connection therewith, herein and included in its entirety, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Plaintiff's request to be immediately returned and re entered back into 1542 Haines Street is GRANTED with prejudice.

2. State Court Mortgage Foreclosure Case #200801727 is Dismissed with prejudice.

3.  All securities (insurance, bonds, liens, notes, other securities (including investment brokerage contracts), promissory notes, et cetera) created in the absence of Bennie R. Hearst Pettway (Bennie Hearst), and Dante M. Moore (Dante Moore), or any other name derivatives of each, without their knowledge or consent, is to be released back them immediately and served to, Bennie R. Hearst Pettway, domiciled at: 1542 Haines Street, Philadelphia, Pennsylvania [19126-2717]; and Dante Moore, domiciled at: 5502 Belmar Terrace, Philadelphia, Pennsylvania [19143-4702].

4.  State Court Complaint in Mortgage Foreclosure (Ejectment) Case #230402868 is Dismissed with prejudice.

5.  The Philadelphia Sheriffs Office's Mortgage Foreclosure Sale is **VOID;** Sheriffs Sale is Vacated and Sheriffs Deed is Vacated.

6.  Claim of Title Ownership of 1542 Haines Street formerly known as 1540 Haines Street, Philadelphia, Pennsylvania 19126-2717 is to be returned to Bennie Hearst and Dante Moore; and any Quiet Titling is to be performed at the expense of Lima One Capital LLC and HOF I REO 5 Inc. Also, HOF I REO 5 Inc. shall withdraw all false claim of ownership immediately and make known of this immediate action to the Philadelphia City Solicitor of the Philadelphia Law Department and its Real Estate Tax Unit.

7.  All Tort Injuries, mental stress, medical (including surgeries and other attached costs), outstanding expenses to Clear Title, as well as outstanding court costs and fees, costs to recover recent expenses such as truck rental, moving, manpower, rents (storage costs), and leases, et cetera, since April 2021 is to be repaid to, Bennie R. Hearst Pettway (Bennie Hearst, Bennie Pettway), et alia.

8. All tort claims from commercial injuries caused by the Defendants having been placed on the Plaintiffs shall be no less than $75,000,000.00 (Seventy-five million and no cents, dollars) US as total incurred losses, incorporated herein (financial hardship, mental stress, full tort injury, physical injury and distress, predatory lending, fraudulent contracting and fraudulent conveyance, conspiracy to restraint of trade and commerce) is to be paid to, Bennie R. Hearst Pettway (Bennie Hearst, Bennie Pettway).

9. That Lima One Capital LLC and HOF I REO 5 Inc. and, in addition, each of their associates, senior managing members, partners, contractors, purported agency and brokerage representatives, Rodney Burrell, Broker, and other affiliates, and purported public priority agencies, including Philadelphia Sheriffs Office, and brokerage affiliates in active concert via judicial procedure, and all others in active concert or participation with Lima One Capital LLC and HOF I REO 5 Inc., such as, Single Source Solutions LLC, and including, American Destiny Real Estate Services LLC, American Home Title Insurance Agency Inc., all were never given permission to fraudulently convey the said private property in each of their corporate as well as their individual capacities, coordinating with Lima One Capital LLC, who are receiving actual notice of this Order, are Permanently Restrained and enjoined from direct or indirect continuous Defiant Trespassing, Identity Theft, Illegal Debt Collection Practices and other commercial and/or any other injuries placed against the Plaintiff(s).

10. The Defendants shall pay mandatory state statutory restitution remedy for continuous Defiant Trespassing, Identity Theft, Illegal Debt Collection Practices and other commercial and/or any other injuries placed against the Plaintiff(s) for this ongoing mortgage fraud and identity theft within the meaning of and pursuant to: Pennsylvania Title 18 sections 1106 *(June*

*18, 1976, Public Law 394, Number 86, effective 60 days; April 28, 1978, Public Law 202, Number 53, effective 60 days; May 3, 1995, 1st Special Session, Public Law 999, Number 12, effective 60 days; December 3, 1998, Public Law 933, Number 121, effective immediately; Nov. 30, 2004, Public Law 1618, No.207, effective 60 days; Oct. 24, 2018, Public Law 891, Number 145, effective immediately);* 1107.1 *(September 18, 2009, Public Law 391, Number 42, effective 60 days);* and section 4120 *(Amended by Public Law 1080 2013 Number 97, §1, effective 1/26/2014. 2000, May 22, Public Law 102,Number 21, §1, effective in 60 days. Amended 2002, June 19, Public Law 430, Number 62, §1, effective in 60 days).*

11.   The Defendants shall pay mandatory federal statutory restitution remedy for continuous Defiant Trespassing, Identity Theft, Illegal Debt Collection Practices and other commercial and/or any other injuries placed against the Plaintiff(s) for this ongoing mortgage fraud and identity theft within the meaning of and pursuant to: *(Public Law 104-132, title II section 204(a), April 24, 1996, 110 Statutes at Large 1227; United States Code Title 18 Part II Chapter 232 section 3663A - Mandatory Restitution for Victims of Crimes).*

DATED this _____ day of March, 2025.

BY THE COURT:

_____

JOHN M. GALLAGHER
United States District Court Judge

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Bennie R Hearst Pettway, et alia

(Hearst Bennie)

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Lima One Capital LLC

HOF I REO 5 INC

Philadelphia Sheriff's Office

American Home Title Insurance Agency Inc

Single Source Property Solutions LLC

American Destiny Real Estate Services LLC

Philadelphia Police Department, IAD

Rodney Burrell, Broker (Georgia)

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

*(check one)*

(See attached Criminal Complaints)

25-cv-293

2:25-cv-00293-JMG

① Notice of Removal with Injunction

② Demand for Immediate Relief

③ Petition to Enforce Acceptance of Bill of Exchange

**I.   Parties in this complaint:**

**A.**   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name            Bennie R Hearst Pettway (Hearst Bennie)

             Street Address  1542 Haines Street

             County, City    Philadelphia

             State & Zip Code Pennsylvania

             Telephone Number 484-734-5887

*Rev. 10/2009*

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name *Uinta One Capital LLC*
Street Address *502 W 7th Street #100*
County, City *ERIE*
State & Zip Code *Pennsylvania 16502-1333*

Defendant No. 2

Name *HOF I RE05 INC*
Street Address *251 Little Falls*
County, City *Wilmington*
State & Zip Code *Delaware 19808-1674*

Defendant No. 3

Name *Philadelphia Sheriff's Office*
Street Address *100 S Broad Street*
County, City *Philadelphia*
State & Zip Code *Pennsylvania 19110-1024*

Defendant No. 4

Name *American Home Title Insurance AGY INC*
Street Address *2 Eves Drive, 105*
County, City *Marlton*
State & Zip Code *New Jersey 08053*

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.  § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
    ◆ Federal Questions        Q  Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *US Constitution Articles III sec 2, VI sec 2, I sec 10, Treaty between Morocco & USA 1836; Treaty between Great Britain & Nation of the Cherokees 1730; and Penna Constitution Article I*

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Single Source Property Solutions LLC
Street Address 1000 Noble ~~Fitz~~ Energy Drive #300
County, City Canonsburg
State & Zip Code Pennsylvania  15317-7551

Defendant No. 2
Name American Destiny Real Estate Services LLC
Street Address 400 South Ponile BLVD, ste #410
County, City Canonsburg
State & Zip Code Pennsylvania 15317

Defendant No. 3
Name Philadelphia Police Dept, IAD
Detective Hernandez
Street Address 7790 Dungan Road
County, City Philadelphia
State & Zip Code Pennsylvania  19111

Defendant No. 4
Name Rodney Burrell  Broker (Georgia)
lima One Capital LLC
Street Address 502 W 9th Street, #100
County, City Erie
State & Zip Code Pennsylvania 16502-1333

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
    ◆ Federal Questions          Q Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? US Constitution Articles III sec 2, VI sec 2, Article I sec 10, Treaty between Morocco & USA 1836; Treaty between Great Britain & Nation of the Cherokees 1730; And Penna Constitution Art I

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______

Defendant(s) state(s) of citizenship South Carolina / Delaware / Georgia

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 1542 Haines Street, Philadelphia, Pennsylvania 19126-2717

B. What date and approximate time did the events giving rise to your claim(s) occur? 26 April 2019

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

C. Facts: It all started with a freeze on my fix N flip loan as I was lead to believe was legitimate; but later, I discovered it was not. I found out later I was a victim of Fraud - Victim of Predatory lending, Indidentity Theft, Deed Fraud, Per Se Antitrust violations, Deed Fraud, Bid-rigging, and Illegal Debt Collections Practices, etc... I received a partial amount to begin renovations of the supposed $217,000 on my private residential property and it was only $31,000. Before I knew it, they had claimed to have issued a mortgage. Lima One Capital LLC is a commercial mortgager; not a residential mortgager. It does not have a residential mortgage license in Pennsylvania. Lima One Capital LLC proceeded to convert my fix N flip loan into a residential mortgage; then proceeded to foreclosure on my private property and get a kick-back. They froze the balance in escrow so that I could not have access to additional draws of resources as needed. The Defendant(s) practice Predatory lending and its subsidiary operation, HOF I REO5 INC of Delaware, does not have permission to transact business in Pennsylvania as a foreign entity. Therefore, the state courts have no jurisdiction. The Phila Sheriff's office is a practicing participant as she was sent a number of times a Cease and Desist order by me indicating these crimes. The Sheriff's office has no jurisdiction because the mortgage fore- →

**Page 3 of Complaint continued...**

closure sale was void because there never was a mortgage. The mortgage foreclosure was illegal. I have a partner that also had ownership in this private property, 1542 Haines Street, but his partial ownership was wiped off the record through fraudulent conveyance without his permission and without my permission. It was fraudulently conveyed to my LLC and I am the sole member and as a member never authorized the conveyance to it. Lima One Capital LLC committed forgery along with the two (2) Notary Publics that participated. In my Deed Fraud Report filed with the Philadelphia District Attorneys Office and the Commissioner of Records in the Recorder of Deeds Office, there is a section wherein one of the two (2) Notaries Public never responded and also the other responded showing where the Plaintiff(s) authorized the conveyance. The Plaintiff(s) never signed anything and never authorized anything. Therefore this transaction being a fraudulent conveyance just to steal private property.

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. During this unlawful and illegal mortgage foreclosure proceeding, I had injured my knee after a fall and had to have surgery performed and could not respond so Lima One Capital LLC saw a great opportunity to seek a default judgement. Also, other injuries include - Grounds for Removal #10 attached see Notice of Removal with Exhibit A (criminal Complaint). State Court failed to give relief because the loan received $31,000 in part of $217,000 the balance of which I never received, was stolen and was never a mortgage; but an illegal fix n flip loan and instead, was Bait & Switch for a mortgage which action is illegal in ⟶

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.     (permanent injunction)

I desire an injunction of permanence in nature against all listed Defendant(s) including the Philadelphia Sheriff from Defiant Trespass onto my private property and ejecting me from my home.

I desire each of the Defendant(s) fully sanctioned for their crimes. I suffered great loss, both financial and physical and further suffered Hardship to date; my partner also suffered because his part of ownership was whisked away. I require at least a financial recovery of $517,009,000 (Five Hundred Seventeen Million) USD.

Lastly, I desire my property transferred back to me from the false claim since I made arrangements to Tender Payment at 514(6), times - Jan 2024, Sept 2023 November 2024, March 2025 etc.. All Defendant(s) were Tendered a Payment (see latest 2 made to PHL Ct of Common Pleas). I desire to have my title cleared of all encumbrances due to their Dishonor in Commerce.

Page 4 of Complaint, section IV Injuries continued...

Philadelphia. This is also Predatory Lending which has been a great injury to Plaintiff(s), another reason was that I was lead to believe that it was a non recourse loan, but instead it was an illegal non recourse loan. The state courts appeared to be in support of this crime as I was never mailed a copy of last order. Other injuries include Identity Theft *(The Credit Bureaus were contacted with no response so far, and a report went to the Federal Trade Commission and the United States Department of Justice; see Federal Trade Commissions - Identity Theft Report attached)* and biased decisions against the Plaintiff(s) because failure to respond in a timely manor as I have to had to address my physical injuries brought by the stress established by Lima One Capital LLC. It took a week to get this case #230402868 appealed to 2532 EDA 2023 Pennsylvania Superior Court, let alone case #200801727. I Plaintiff(s) own the property free and clear. There was no need for a residential mortgage. There was definitely no need for a commercial mortgage on a residential home. The Philadelphia Sheriff unlawfully and illegally conveyed my property to Fein, such, Kahn and Shepard, P.C. and Lima One Capital LLC claims that HOF I REO 5 Inc won a bid when it was clearly a per se anti trust violation and bid-rigging. Also, my private property was conveyed two (2) months prior to the end of the redemption period under Pennsylvania law. The unlawful sheriff sale was scheduled for September 22, 2022 and the Sheriff conveyed 1542 Haines Street in April 2023 instead of June 2023. The Redemption period in Pennsylvania is nine (9) months; not seven (7) months.

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lima One Capital LLC | ) | Case No. |
| HOF I REO 5 Inc | ) | 2:25-cv-00293-JMG |
| American Home Title Insurance Agency Inc | ) | |
| Single Source Property Solutions LLC | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____26 April 2019_____ in the county of _____Philadelphia_____ in the

_____Eastern_____ District of _____Pennsylvania_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Public Law 95-109; 91 Statutes at Large 874; United States Code Title 15 sections 1692-1692p, September 20, 1977; and Public Law 108–237, title II, §215(a), June 22, 2004, 118 Statutes at Large 668, United States Code Title 15 Chapter1 §1. | Violation of the Fair Debt Collections Act - Illegal Debt Collections  Trusts; In Restraint of Trade Illegal - Deceptive business practices |

This criminal complaint is based on these facts:

Bait & Switch, Predatory Lending, Identity Theft, Deed Fraud, Legal Fraud, Mortgage Fraud, Home Title Fraud, Per Se Antitrust Violations, Bid-rigging, Conspiracy Against Rights; and Deprivation of Rights Under Color of Law, Economic Crime, Private Property Theft.

☐ Continued on the attached sheet.

*Hearst Bennie Rhee*

*Complainant's signature*

Bennie R Hearst Pettway (Hearst Bennie Rhee)

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____

*Judge's signature*

City and state: _____

_____

*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Philadelphia Sheriff's Office | ) | 2:25-cv-00293-JMG |
| American Destiny Real Estate Services LLC | ) | |
| Philadelphia Police Department IAD | ) | |
| Rodney Burrell, Broker (Georgia) | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 26 April 2019 _____ in the county of _____ Philadelphia _____ in the _____ Eastern _____ District of _____ Pennsylvania _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Public Law 100–690, title VII, §7018 (a), (b)(1), November 18, 1988, 102 Statutes at Large 4396, United States Code Title 18 Part I Chapter 13 §§241 and 242 . | Conspiracy Against Rights; Deprivation of Rights Under Color of Law; I was evicted from my home once and a threat for a second time after a full Tender of Payment has been made; but ignored establishing complete theft, dishonor in commerce, and malicious prosecution. this actyion has continued since 26 April 2019 through to 26 March 2024 nunc pro tunc. My private property, 1542 Haines was stolen and yhis action against me is only a crime with a great injury to me and my partner, Dante Moore (Moore Dante). |

This criminal complaint is based on these facts:

Bait & Switch, Predatory Lending, Identity Theft, Deed Fraud, Legal Fraud, Mortgage Fraud, Home Title Fraud, Per Se Antitrust Violations, Bid-rigging, Conspiracy Against Rights; and Deprivation of Rights Under Color of Law, Economic Crime, Private Property Theft.

☐ Continued on the attached sheet.

*Hearst Bennie Rhee*

*Complainant's signature*

Bennie R Hearst Pettway (Hearst Bennie Rhee)

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## CRIMINAL COMPLAINT, SUPPLEMENT

CASE# 2:25-CV-00293-JMG

All Defendants, including their attorneys, Attorney, Unlicensed / Licensed, et al., in violating of a recent Commonwealth of Pennsylvania Court affirmed Order on Commonwealth Court Order and its/theirs/his/hers acting Attorney in Violation of Commonwealth Court Order, 448 CD 2015 Supreme Court, AFFIRMED    32 Map 2017.

I, Hearst, Bennie, Plaintiff, natural born, injury-suitor, State-Court Constitution(al), SEEKS REMEDY- (Commonwealth of Pennsylvania Constitution Article 1 section 11); Philadelphia Criminal-Juris (Economic Crime; Private Property Theft)

This is the Defendants' attempt to unlawfully use the court to violate the Commonwealth Court Order that was Affirmed by the Supreme Court of Pennsylvania, stating that the COMMONWEALTH AND ITS COURTS HAVE NO AUTHORITY TO TAKE PROPERTY OR ISSUE AN ORDER FOR THE POLICE OR SHERIFF TO CONFISCATE (LAND-HOUSE-VEHICLES) OR ANY REAL OR PERSONAL PROPERTY. THE JUDGE MCCULLOUGH STATED: "The Commonwealth and its courts, never had authority and that it never came with them from across the sea". The fact that the Courts, its acting attorneys (bankers-loan sharks, etc...) are unlawful and in violation of the Pennsylvania Constitution and protected Right from Honest-Services Fraud and such other Crimes and conspiracies against the Peace and Good People. Their Dignity of the United and the Several States and must be arrested and brought before a Grand Jury for a Lawful Bill of Indictment, No Less!

These United States Persons, as operating under the War Powers Acts, as amended, are war criminals acting as City-Employees (Bonded) and Known or Unknown-(RICO) conspirers, as attorneys or affiliates and contractors and who by attempted theft-by-deception, mail fraud and attempted theft of my Home & Equity. I am victim of crime / by-Theft by Deception/Mail-Fraud-other crimes; violating the penal laws of the Commonwealth of Pennsylvania, my land, house, Philadelphia Province in Philadelphia County on or about 26 April 2019.

The United States Persons did use false and deceptive acts to trick me and the Court into believing that a loan of Constitutional-Coin (Gold & Silver), was given and that a debt is now owed (False Claim). This is a false claim because of the established fact of the UNITED STATES Bankruptcy of 1933 *(United States Congressional Record, March 17, 1993, Volume 33, Page H-1303)*. The UNITED STATES FEDERAL GOVERNMENT has been dissolved *[by the Emergency Banking Act, March 9, 1933, 48 Statutes at Large 1, Public Law 89-719; declared by*

*President Roosevelt, being bankrupt and insolvent, House Joint Resolution 192, 73rd Congress in session June 5, 1933].* A Joint Resolution to suspend the Gold Standard and Abrogate the Gold Clause dissolved the Sovereign Authority of the UNITED STATES and the official capacities of all UNITED STATES GOVERNMENT offices, officers, and departments and is, further evidence that the UNITED STATES FEDERAL GOVERNMENT exists today in name only.

The Defendant(s) and their alleged business, HOF I REO 5 Inc, being one of them, is not REGISTERED to transact business in the Commonwealth of Pennsylvania and under the Fictitious Names Act, the Defendant(s) are liable for penalty ($500.00 (Five Hundred and no cents, dollars) US) for each act or contract entered into being Pennsylvania Unfair Trade Practices and Consumer Protection Law *(73 Purdon's Statutes §§201-1 - 201-9.2)*, and false and misleading acts that are against the Protected Rights of me, the Plaintiff, a senior citizen home owner, and my Equity Value that has been taken by Deceptive (criminal acts), fraudulent mail and court papers, used by the Defendant(s) acting as Bank-trustee or hired attorney(s), other actors...

Willful Violations of the Protected Liberty and Rights of the People of the Commonwealth and its dignity in that the Defendant(s) acting as Law Attorney or Attor-actors did know or should have known that they were violating the Constitution of Pennsylvania and the Protected Rights of the People of the Commonwealth and the Rights of the Complainant who now are Suitor(s) pursuant to the Declaration of Rights, Article I, section 1 and section 3. Religious Liberty and Right to own, use and make betterment of the land, without being tricked and subjected to Attorney Misconduct and Attorney Fraud in the factum and other knowing Criminal Acts which were and are against the Peace and Dignity of the Laws of the Commonwealth, and Orders of the Commonwealth Court, as cited by the Honorable Patricia A. McCullough, "That the Commonwealth and its Courts, NEVER had Authority to take or order the Sheriff and his or her deputy(ies) to go and take property and that it was a Crime to perform such action, when as Judge McCullough stated: it did not come with them from across the sea". And to violate the Constitution of Pennsylvania, and the United States Constitution and Bill of Rights is a serious act which is as serious as acts of Treason against the People of the Commonwealth of Pennsylvania and of the United States of America. The above is hereby Incorporated into any other Additional Charges that the Attorney General for the Commonwealth of Pennsylvania and for the Attorney General for the People of "We the United States".

I, the Signer have made this complaint in good faith and pursuant to the Liberty Right to be protected from such acts of those who are entrusted to provide and have taken an Oath to Obey and protect that people of the Commonwealth and the United States, for the United States of America. To report self and anyone

who is known or reported to have violated the laws and have injured me by Economic Crime, Private Property Theft and other High Crimes.

I choose to exercise my Private Right of Action against Economic Crime, Private Property Theft and High Crimes which includes activities that HOF I REO 5 Inc., a Bank-trustee actor, owned by Lima One Capital LLC, owned by MFA Financial Inc., since 2020, has committed a series of crimes against me and this report is a private criminal complaint on False Claims through Predatory Lending (a violation of The Philadelphia Code. Chapter 9-2400, Prohibition Against Predatory Lending), Bid-rigging, Per Se Anti-trust Violations, Fraudulent Conveyance, Identity Theft, Aggravated Identity Theft, Forgery, Mortgage Fraud, Mortgage Identity Theft, Terrorism, Death Threats, Theft of Property by Deception, Home Title Fraud, Slavery, Theft, Fraud, Legal Fraud, Common law Fraud, Deceptive Business Practices, Illegal Debt Collections Trespass and Violation in whole of the Fair Credit Extension Uniformity Act *(Public Law 23 number 7 Clause 12, March 28, 2000)*, Fair Debt Collection Practices Act, *(Public Law 95-109; 91 Statutes at Large 874; United States Code Title 15 sections 1692-1692p, September 20, 1977)*, Theft by Deception, Judicial Misconduct, Professional Misconduct, Violation of Oath of Office, Civil Rights Violations - Conspiracy to Deprive me of my Civil Rights, Verbally Presenting Material Falsity of Facts to Induce US Persons to act as Law Enforcement to perform desired acts; - purport to Defraud Public Agency Personnel - Fraudulent Judicial Proceedings to impose Mortgage Fraud, Business Fraud; - Utilizing Color of Office, Color of Authority, Color of Law; bringing Fraud in the Court; Other Crimes and Violations (Trespass, Criminal Trespass, Terrorism), War Crimes, Crimes against Humanity, Economic Genocide, Unethical Business Practices, Constitutional Violations, and as I was convinced by what I thought was a legitimate company; now realizing it was just a Predatory Lender (Lima One Capital LLC, with permission to transact business in Pennsylvania; but with no Mortgage License and office location  except as through a process server), into what I was lead to believe was a Fix n Flip Loan, when in fact, it was a Mortgage by their full intention by deception (bait & switch). I never applied for a Mortgage. This is Mortgage Fraud, a trick to steal my property! They brought Fraud to the Court for an Illegal Mortgage Foreclosure and bid-rigged (Per Se Anti-trust), through the Philadelphia Sheriff's Office as a Public Mortgage Foreclosure Sale with no proof of public sale, and became the highest bidder through their wholly owned subsidiary (HOF I REO 5 INC, a Delaware corporation with no permission to transact business in Pennsylvania, no Mortgage license, and operates in court as the court really has no jurisdiction because HOF I REO 5 INC doesn't have a mortgage servicer license and has no permission to transact business) to steal my property, 1542 Haines Street, Philadelphia, Pennsylvania 19126-2717.

1.    On or about date cited in the above section 1, accusation of the Defendant(s) - United States Persons (known and unknown), did misuse

the Court system to file Mortgage Foreclosure Documents and misuse the United States Mail (Mail-Fraud), to attempt to take or cause the taking (unlawful confiscation), of my land, house and equity-value and such other private religious assets and the Trust assets into trust by me for my heirs and their heirs forever by private contracts (Trust, Deeds, Titles), and other forms of contracts.

2.    On date as cited, in the Defendant(s) court (deceptive foreclosure), filings, the Defendant(s), HOF I REO 5 Inc of the State of Delaware, who was not registered (Fictitious Name), as warranted by the Commonwealth of Pennsylvania, and is liable for penalties for each unlawful transaction and restitution for injury as claimed by me, the Plaintiff, and my heirs (Victims of crime) as cited in: _United States vs. Bank of America, et al_ and thirty-nine (39), other banks, their employees, agents, and attorneys, and their dishonest-insurers. (See Pennsylvania Attorney General: Kathleen Kane, acceptance of Settlement Funds $57,000,000.00 (Fifty-seven Million and no cents, dollars) US.)

3.    Me, the Plaintiff and my Heirs are being injured by the Defendant(s)' deceptive use of mail and the court proceedings against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, and in violation of Pennsylvania Title 42 section 5101 and Unlawful Confiscation, Declaration of Rights and Equal Protection and Due Process.

I am seeking and demanding mandatory statutory restitution remedy for my loss that both the State of Pennsylvania and the United States has available for Mortgage Fraud and Predatory Lending victims such as myself:

4.    The mandatory state statutory restitution remedy for this ongoing mortgage fraud and identity theft is pursuant to: Pennsylvania Title 18 sections 1106 _(June 18, 1976, Public Law 394, Number 86, effective 60 days; April 28, 1978, Public Law 202, Number 53, effective 60 days; May 3, 1995, 1st Special Session, Public Law 999, Number 12, effective 60 days; December 3, 1998, Public Law 933, Number 121, effective immediately; Nov. 30, 2004, Public Law 1618, No.207, effective 60 days; Oct. 24, 2018, Public Law 891, Number 145, effective immediately);_ 1107.1 _(September 18, 2009, Public Law 391, Number 42, effective 60 days);_ and section 4120 _(Amended by Public Law 1080 2013 Number 97, §1, effective 1/26/2014. 2000, May 22, Public Law 102, Number 21, §1, effective in 60 days. Amended 2002, June 19, Public Law 430, Number 62, §1, effective in 60 days)._

5.    The mandatory federal statutory restitution remedy for this ongoing mortgage fraud and identity theft is pursuant to: _(Public Law 104-132, title_

*II section 204(a), April 24, 1996, 110 Statutes at Large 1227; United States Code Title 18 Part II Chapter 232 section 3663A - Mandatory Restitution for Victims of Crimes).*

I am demanding a detailed, **<u>Special Forensic Audit Investigation</u>** on all parties, including a number of court officers and employees, MFA Financial Inc, owner of, namely **Lima One Capital LLC *(Jeff Tennyson)*** and **HOF I REO 5 Inc *(Kevin Holliday)*, Broker(s) not authorized in Pennsylvania; but in Georgia *(Rodney Burrell)*,** American Destiny Real Estate Services LLC *(Edward Levin)* / Single Source Property Solutions LLC *(Andre Lacouture)*, **the Philadelphia Sheriffs' Office *(Rochelle Bilal and five (5) of her employees),*** The **Philadelphia Police Department *(Detective Hernandez)*,** / Fein, Such, Khan and Shepard, P.C., Lund Metcalfe LLC, Hill Wallack LLP - court officers such as, *(**Vincent DiMaiolo, Jr., Pennsylvania Supreme Court Identification #59461,** Ashleigh Levy Marin, Pennsylvania Supreme Court Identification #306799, Mehmet Basoglu, Pennsylvania Supreme Court Identification #329635, Robert E. Smithson, Jr., Pennsylvania Supreme Court Identification #329691, Joshua D. Brown, Pennsylvania Supreme Court Identification #315339, **Michael J. Shavel, Pennsylvania Supreme Court Identification #60554**)* on these unlawful and injurious actions against both of the previous owners, Bennie Pettway and Dante Moore who, each by Affidavit, stated that they were not present when the Notary Publics *(**Connie L Carlson, Commission ID: 1317398 and Walter L. Rees, Commission ID: 1206853**),* who worked with American Home Title Agency Inc., *(Steven G. Valleau / Chris McCormack),* stated on the jurat that they were present in order for the alleged property to be forcefully, illegally and fraudulently conveyed to Connect A Care Network LLC. Furthermore, including Eric Feder, the Clerk of Court of Philadelphia, all above parties has acted in complete violation of the Predatory Lending Law of Philadelphia, *<u>Chapter 9-2400, Prohibition Against Predatory Lending Practices</u>.*

Additionally, Eric Feder, Clerk of Court has acted in **complete violation** of the Tender of Payment law; as in pursuant to Pennsylvania Code Title 13 section 3606 and the uniform Commercial Code Article 3 section 603, three (3) Tender of Payments were made in September 2023, one (1) Tender of Payments was made in January 2024, one (1) Tender of Payment was made in November 2024 and now, an additional Tender of Payment is being made and I suspect there will be another rejection because of an ongoing rally cry of the opponents, whom are Predatory Lenders, Identity Thieves, and Deed Fraud specialists, rally around a Call to Action in support of committing Economic Crimes and Private Property Theft.

*Hearst Bennie Rhee*

Bennie R. Hearst Pettway (Hearst, Bennie Rhee)
Cestui Que Vie

# IN THE UNITED STATES DISTRICT COURT
# PHILADELPHIA COUNTY, PENNSYLVANIA
# EASTERN DISTRICT OF PENNSYLVANIA

Bennie R. Hearst Pettway, et alia

    Plaintiff(s)

    v.

Lima One Capital LLC
Jeff Tennyson, Chief Executive Officer

HOF I REO 5 Inc
Kevin Holliday, Operations Director

Philadelphia Sheriff's Office
Rochelle Bilal, Sheriff, et alia
Robin Robinson, Deputy Sheriff

Single Source Property Solutions LLC
Andre Lacouture, President

American Destiny Real Estate
Services LLC
Edward Levin, Owner

American Hone Title Insurance
Agency Inc

Philadelphia Police Depart, IAD
Kevin Bethel, Commissioner

Rodney Burrell, Broker (Georgia)
Lima One Capital LLC

    Defendant(s)

CASE # 2:25-CV-00293-JMG

**NOTICE OF REMOVAL:**
**TABLE OF AUTHORITIES**

## Bennie R. Hearst Pettway, et alia,
## Notice of Removal: Table of Authorities

**TO:**

THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA, UNITED STATES OF AMERICA:

Pursuant to the forthcoming filing to this case:

PETITION TO ENFORCE THE ACCEPTANCE OF A BILL OF EXCHANGE AS LEGAL TENDER FOR PAYMENT OF DEBT OBLIGATIONS, included herein is a Table of Authorities.

## TABLE OF AUTHORITIES

**Statutes**

Federal Reserve Act, Title IV, § 401, ¶ 6, Subsection 18.

Federal Reserve Act, § 403(o).

Joint Resolution 10, Public Law 73-10.

Uniform Commercial Code (UCC) §§ 3-104, 9-203, 9-207, and 9-513.

12 U.S.C. § 347.

Securities Act of 1933, §§ 2 and 17.

59 Stat. 237 § 2.

**Case Law**

First National Bank of Boston v. Fairhaven Amusement Co., 347 Mass. 243 (1964).

In re Bristol Associates, Inc., 505 F.2d 1056 (3d Cir. 1974).

Matter of Copeland, 531 F.2d 1195 (3d Cir. 1976).

Buffalo Evening News, Inc. v. Small Business Admin., 666 F. Supp. 467 (W.D.N.Y. 1987).

Halpern v. FBI, 181 F.3d 279 (4th Cir. 1999).

U.S. v. Knox, 396 U.S. 77 (1969).

Securities & Exch. Comm'n v. W.J. Howey Co., 328 U.S. 293 (1946).

Judicial Watch, Inc. v. FDA, 449 F.3d 141 (D.C. Cir. 2006).

OSHA Data/CIH, Inc. v. U.S. Dep't of Labor, 220 F.3d 153 (3d Cir. 2000).

South Carolina v. Katzenbach, 383 U.S. 301 (1966).

Central Bank of Denver v. First Interstate Bank of Denver, 511 U.S. 164 (1994).

Chevron U.S.A., Inc. v. Natural Resources Defense Council, Inc., 467 U.S. 837 (1984).

Perry v. United States, 294 U.S. 330 (1935).

Erie R.R. Co. v. Tompkins, 304 U.S. 64 (1938).

Standard Oil Co. of New Jersey v. United States, 221 U.S. 1 (1911).

Baker v. Carr, 369 U.S. 186 (1962).

Marbury v. Madison, 5 U.S. (1 Cranch) 137 (1803).

McCulloch v. Maryland, 17 U.S. (4 Wheat.) 316 (1819).

Gibbons v. Ogden, 22 U.S. (9 Wheat.) 1 (1824).

Whitman v. American Trucking Associations, 531 U.S. 457 (2001).

Auer v. Robbins, 519 U.S. 452 (1997).

Skidmore v. Swift & Co., 323 U.S. 134 (1944).

City of Arlington v. FCC, 569 U.S. 290 (2013).

Citizens United v. FEC, 558 U.S. 310 (2010).

Nebbia v. New York, 291 U.S. 502 (1934).

Martin v. Hunter's Lessee, 14 U.S. (1 Wheat.) 304 (1816).

Ex parte Quirin, 317 U.S. 1 (1942).

Youngstown Sheet & Tube Co. v. Sawyer, 343 U.S. 579 (1952).

Goldwater v. Carter, 444 U.S. 996 (1979).

Coleman v. Miller, 307 U.S. 433 (1939).

National Federation of Independent Business v. Sebelius, 567 U.S. 519 (2012).

Arizona v. United States, 567 U.S. 387 (2012).

Federal Energy Regulatory Commission v. Mississippi, 456 U.S. 742 (1982).

Missouri v. Holland, 252 U.S. 416 (1920).

New York v. United States, 505 U.S. 144 (1992).

# IN THE UNITED STATES DISTRICT COURT
# PHILADELPHIA COUNTY, PENNSYLVANIA
# EASTERN DISTRICT OF PENNSYLVANIA

Bennie R. Hearst Pettway, et alia     :

Plaintiff(s)     :

    :   CASE# 2:25-CV-00293-JMG

v.     :

    :   **NOTICE OF REMOVAL**

Lima One Capital LLC     :
Jeff Tennyson, Chief Executive Officer   :

HOF I REO 5 Inc     :
Kevin Holliday, Operations Director   :

Philadelphia Sheriff's Office    :
Rochelle Bilal, Sheriff, et alia    :
Robin Robinson, Deputy Sheriff    :

Single Source Property Solutions LLC   :
Andre Lacouture, President    :

American Destiny Real Estate    :
Services LLC     :
Edward Levin, Owner     :

American Home Title Insurance    :
Agency Inc     :

Philadelphia Police Depart, IAD    :
Kevin Bethel, Commissioner    :

Rodney Burrell, Broker (Georgia)    :
Lima One Capital LLC     :

Defendant(s)     :

    :

**Bennie R. Hearst Pettway, et alia,**      <u>Notice of Removal</u>

**TO:**

THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA, UNITED STATES OF AMERICA:

Pursuant to both Private Law (a part of the *ius commune*), and Defiant Trespass and Per Se Antitrust Violations in whole of the Fair Debt Collection Practices Act, Public Law 95-109; 91 Statutes at Large 874; United States Code Title 15 sections 1692-1692p, September 20, 1977, and Public Law 108–237, title II, §215(a), June 22, 2004, 118 Statutes at Large 668, United States Code Title 15 Chapter 1 §1 - Trusts, etc., In Restraint of Trade Illegal; Penalty, and Public Law 100–690, title VII, §7018(a), (b)(1), November 18, 1988, 102 Statutes at Large 4396, United States Code Title 18 Part I Chapter 13 §241 - Conspiracy Against Rights; and Chapter 13 §242 - Deprivation of Rights Under Color of Law, (See attached Criminal Complaint, made a part of this civil complaint), Defendants Bennie R. Hearst Pettway, et alia, in the state court, gives Notice of Removal of an Action filed against the her in the COMMON PLEAS COURT OF PHILADELPHIA, FIRST JUDICIAL DISTRICT OF PENNSYLVANIA to be removed to UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA. In support of this Notice of Removal, I, Bennie R. Hearst Pettway, et alia, respectfully offers the following:

## <u>REASONS FOR DEMAND FOR RELIEF</u>

1.      On or about August 2020, Defendant filed an unlawful mortgage foreclosure (Case #200801727); and On or about April, 2023, Defendant filed this lawsuit (Case #230402868) complaint in mortgage foreclosure. This is illegal because there was never a mortgage. Plaintiff never received the balance of the proposed and illegal Fix n Flip Loan in the aggregate of $217,000.00. The Plaintiff never received the full $217,000.

## Preliminary Matters

2.   Plaintiff, Bennie R. Hearst Pettway, never entered into a lawful contract with Lima One Capital LLC of South Carolina, registered in Pennsylvania as a foreign entity or HOF I REO 5 Inc., of Delaware not registered in Pennsylvania as a foreign entity, Defendant(s). Defendant(s) are asking for rent and there is no rent because Bennie R. Hearst Pettway, Plaintiff, owned the property free and clear. This was a non recourse Fix n Flip Loan.

3.   Defendant practices Predatory Lending. Defendant(s) violated Title 7 Banks and Banking Part I Preliminary Provisions Part II Licensing Chapter 61 Mortgage Loan Industry Licensing and Consumer Protection in order to claim title ownership through providing a mortgage that never existed. The usury applied was that they never intended for the Plaintiff to have any kind of success with renovations. This is private property zoned as residential; not commercial. You can not provide a commercial mortgage to a residential property. This is clearly a fraud transaction. Plaintiff never agreed to this fraud transaction.

4.   Defendant's predatory lending practices converted the illegal contract into a mortgage to make it look legitimate without authorization and wiped out Dante Moore's name off of his ownership portion of 1542 Haines Street, fraudulently conveying it to themselves so that they can try to make it appear as if they had legal standing to transact business in Pennsylvania. Defendant(s) voided the contract when they never released the aggregate of $184,000.00 from escrow, so that they can sui the Plaintiff.

5.   The Defendant's complaint alleges nonpayment of mortgage or rent. There was never a mortgage so there is no payment of anything required.

6.    Removal to federal court is based on Illegal Debt Collection Practices. When the Common Pleas Court made the judgment against the Plaintiff, it was a clear biased decision in support of Defiant Trespass and Violation of the Fair Debt Collection Practices Act.

7.    The Plaintiff alleges that there is a mortgage owed. There was never a mortgage. Lima One Capital LLC and HOF I REO 5 Inc are not registered to transact residential mortgage business in Pennsylvania.

8.    The Plaintiff was lead to believe to have applied for a Fix n Flip Loan; not a Mortgage. The Fix n Flip Loan was evidence of predatory lending.

9.    Plaintiff was defrauded.

## GROUNDS FOR REMOVAL

10.    The amount in controversy under the common law fraud, legal fraud by adhesion contract, defamation of character, infringement on copyrights, identity theft, theft by deception, illegal debt collection practices, per se anti trust violations, bid-rigging, false claims through predatory lending, fraudulent conveyance, identity theft, aggravated identity theft, forgery, mortgage fraud, mortgage identity theft, terrorism, death threats, theft of property by deception, home title fraud, slavery, theft, fraud, legal fraud, common law fraud, theft of property, deceptive business practices, theft by deception, judicial misconduct, violation of oath of office, civil rights violations - conspiracy to deprive the Plaintiff of my civil rights, verbally presenting material falsity of facts to induce US persons to act as law enforcement to perform desired acts; - purport to defraud public agency personnel - fraudulent judicial proceedings to impose mortgage fraud, business fraud; - utilizing color of office, color of authority, color of law;

bringing fraud in the court; other crimes and violations (defiant trespass, criminal trespass, terrorism), war crimes, crimes against humanity, economic genocide, unethical business practices, constitutional and treaty violations.

11.    The Common Please Court of Philadelphia Count never had jurisdiction over this case since the mortgage never existed. A Tender of Payment was made to each of the Defendant(s) and priority participants and they (the Philadelphia Sheriff and Deputies), are still coming to take my private property.

12.    Statements of Counsel in Brief or in Argument are Not Sufficient for Summary Judgment, *(Trinsey v. Pagliaro, 229 F. Supplemental 647 (E.D. Pa. 1964));* and not sufficient to dismiss this action;

13.    Counsel is also fraudulent. They have not shown evidence of Foreign Agent Registration. All defending attorneys, in this case, are foreign agents from the of the international BAR Association. The United States Attorneys at every level are actually employees of the IMF and have expatriated out of the United States, which is partly why they are foreign agents. They are now unregistered foreign agents under the United States Code Title 22, chapter 11. This code outlines the role of foreign relations and intercourse in the United States and states that all foreign agents must, be registered pursuant to the Foreign Agent Registration Act of 1938 *(52 Statutes at Large 631-633, 75 de facto United States Congress 3 Session, Chapter 327, House Report 1591, June 8, 1938, Public Law 75-583, United States Code Title 22 chapter 11, subchapter II §611).*

14.  It is the foreign agents for the most part, inns of court lawyers of the 18th century, that launched, managed, and financed the American Revolution against Great Britain after King George's "Proclamation for Suppressing Rebellion and Sedition," dated August 23, 1775 - arrival in America". *(see Marquette Law Review, Volume 60, Issue 1 Fall 1976, Article 1 by Robert F. Boden - not attached to this objection)*

15.  Plaintiffs' are seeking a dismissal with prejudice of an unlawful state court foreclosure judgment because the Defendants' performed Deed Fraud and carried on. This case is not wrongfully removed after Deed Fraud *(See published 228 pages Deed Fraud Report viewable at:* ***https://bit.ly/3UkMitX))*** and after other commercial injuries thrust upon the Plaintiffs'. Plaintiffs' are not improperly seeking to overturn a final state court judgment because of the defendants' crimes committed against the plaintiffs'.

16.  United States Congress assembled Adjourns Sine Die March 28th 1861; Seven southern nation States of America walked out of the Second Session of the Thirty-sixth United States Congress on March 28, 1861. In so doing, the Constitutional due process quorum necessary for Congress to vote was lost and Congress was adjourned sine die.

On April 15, 1861, President Lincoln reconvened Congress under the Executive branch by proclamation (number 1): "I do hereby, in virtue of the power in me vested by the Constitution, convene both Houses of Congress." Ceasar (the President) is now in full control even over the Senate (Congress). A Presidential dictatorship has been imposed on United States citizens. The sad thing is, "Most American people do not realize it yet."

The corporate government created in 1871 will continue to exist as long as: "state of war" or "emergency" exists (War on Drugs, War on Poverty, War on Terrorism, War on Iraq, etc.), the President does not terminate "martial" or "emergency" powers by Executive Order or decree, or the people do not resist submission and terminate by restoring lawful civil courts, processes and procedures under authority of the "inherent political powers" of the people.

**17.** 16 American Jurisprudence, 2nd Edition §258

"On the other hand it is clear that Congress cannot by authorization or ratification give the slightest effect to a state law or constitution which is in conflict with the Constitution of the United States."

**18.** Articles of Confederation Treaty Provisions:

By the Articles of Confederation of July 8, 1778, the following provisions were made relative to treaties by the united States:

**TREATIES:**

**a.** Treaty of Peace and Friendship 1787 / 1836; Treaty of Tripoli 1797. Treaty of Camp Holmes 1835; Right of Protection in Morocco 1880 **(see attached Exhibit A).** Consular Agents (Inter-American) 1928; Vienna Convention: Diplomatic Relations 1961; Vienna Convention: Consular Relations 1963. Articles 4, 9, 20 §1, 30 §1, 37, 39, 40, 44, and 45, United Nations Declaration of Rights of Indigenous Peoples (DRIP). Resolution Adopted by General Assembly, [without reference to a Main Committee (A/61/L.67 and Add.1)] 61/295, ½ of 29 June 2006 Official Records of the General Assembly, Sixty-first Session, Supplement Number 53 (A/61/53), part one, chapter II, section A, 61/178 of 20 December 2006, 107th plenary meeting, 13 September 2007.

Declaration of Human Rights — United Nations General Assembly, Third Session, December 10, 1948 - Resolution #217 A (III), Article 15; and Implementation of Human Rights Treaties, 10 December 1998.

**b.**    Article III section 2
This Constitution, and the laws of the united States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the united States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or the laws of any State to the contrary notwithstanding.

**c.**    A Treaty is, in its nature, a contract between two (2), nations, not a legislative act. It does not generally effect of itself the object to be accomplished, especially as far as its operation is infra territorial; but is carried into execution by the sovereign power of the respective parties to the instrument. *(Foster et al v. Neilson, 2 Peters, 314; United States v. Arredondo, 6 Peters, 735).*

## NOTICE OF REMOVAL REASONS FOR ENFORCING
## INTERNATIONAL BILL OF EXCHANGE
## NON-BANKING; BANKING

**19.    Amount in Controversy**
This matter involves a **controversy exceeding $217,000**, as evidenced by the Plaintiff's claims for compensatory damages of **$517,000,000** and punitive damages of **$1,551,000,000**, arising from the Defendant's violations of federal law, constitutional protections, and fiduciary duties. The Plaintiff has substantiated that the Defendant's refusal to honor the **Tender of Payment supersedeas silver** bond and now, chooses to

exercise via the UNCITRAL Convention 1988, the **international bill of exchange** and **international promissory note** option, as their unlawful foreclosure actions, with help of the state courts, have caused significant harm to the Plaintiff, far exceeding the minimum statutory threshold for diversity jurisdiction.

20. **Diversity of Citizenship**

There exists **diversity of citizenship** between the Plaintiff and the Defendant. The Defendant(s) is not a bank to me. But that is what is considered as they are  or can be considered a non-banking institution. The Defendant(s), considered a **Predatory Lender** by the Plaintiff, is considered to be a **depository institution by the listed defending realtors and therefore, perhaps, a member of the Federal Reserve System**, operates under the Federal Reserve, which is situated outside the State of domicile of the Plaintiff. The Federal Reserve Banks function as instrumentalities of the United States, separate from any specific State, ensuring diversity of citizenship under federal jurisdiction. This distinction satisfies the diversity requirement under **28 U.S.C. § 1332(a)**, granting this Court jurisdiction to adjudicate the controversy.

21. **Federal Questions**

This case presents **substantial federal questions** arising under the laws of the United States, including but not limited to the **Federal Reserve Act, 59 Statutes at Large 237 §2, Joint Resolution 10,** the **Uniform Commercial Code,** and applicable **Treasury regulations.** The claims involve the application, interpretation, and enforcement of federal statutes governing **legal tender, fractional reserve banking,** and the **Borrower-in-Custody (BIC) Program,** as well as constitutional questions under the **First, Seventh,** and **Fourteenth Amendments.** The presence of these federal issues provides this Court with original jurisdiction under **28**

U.S.C. § 1331, making removal proper.

22. **Non-Core Venue and Jurisdiction**

The Plaintiff stipulates that this matter is being brought as a **non-core venue matter** within the jurisdiction of the **District Court of the United States of America, Eastern District of Pennsylvania**. This Petition is presented solely to exercise constitutionally secured rights, including the right to access the Court, petition for redress of grievances, and demand a trial by jury, as guaranteed under the Constitution. This action is not to be construed as relying on any administrative statutes, codes, or ordinances but instead invokes the judicial branch's constitutional authority to hear matters involving federal law, constitutional protections, and controversies exceeding $20.

**Justification for Removal**

Based on the aforementioned grounds and federal questions, the Plaintiff respectfully removes this matter to the non-core venue known as the **District Court of the United States of America, Eastern District of Pennsylvania.** The Plaintiff requests that this Court assume jurisdiction over the case, grant all relief sought, and ensure that constitutional rights are fully upheld.

Dated: March 10, 2025

By: *Hearst Bennie Rhee*
_____

Bennie R. Hearst Pettway, et alia, (Hearst, Bennie Rhee)
All Rights Reserved & Rights to Amend is Reserved

**"PRIVATE ISSUE"**    RECORDED/REGISTERED/CERTIFIED FUNDS RA 408 360 376 US UCC Filing 20262001120 CO.    **"PRIVATE ISSUE"**

## International Bill of Exchange (UNCITRAL CONVENTION)

Pursuant to and in accordance with the final articles of the UNCITRAL Convention in effect on the date hereof.
REF Ratified Conventional Articles 1–7, 11, 12, 13, 46(3), 47(1), 53
GUARANTEED LEGAL TENDER OF THE UNITED STATES OF AMERICA
(An obligation of the UNITED STATES)

Date: 20260310
No. 1923

**Drawer and Location**
Hearst Benale Rhee Executrix
MSC RA 408368376US-IM Records Dept.
Benale Rhee Hearst Trust SC Republic
1668 Haines Street
Philadelphia, Pennsylvania [19126-9717]

Pay To The Order Of ___Philadelphia Court of Common Pleas___   At   SIGHT   Days After   N/A

Amount   Three hundred thousand and 00/100                US $   300,000.00
          VOID WHERE PROHIBITED BY LAW

REGISTERED FUNDS
RE57148130US
REMIT AT PAR VALUE

Value Received and Charge to Account  046548298

To: UNITED STATES TREASURY
UNITED STATES TRUST
BENIE RHEE HEARST
EXEMPT PRE-PAID ACCOUNT # 046548298
Departamento De Hacienda De PR
10 Paseo Covadonga, San Juan, PR 00901

Present this International Bill of Exchange (UNCITRAL Convention)
Directly to the collecting bank with documents, Acceptance for Honor.
To Credit Upon Sight at Tender for ALL Debts, Public Charges,
Taxes, and Due Payable without deductions FREE OF ANY LEVY.
Duties, Import of any nature (USD)

Autograph  Hearst  Benjo Rhea    On PA Republic

Authorized Representative (U.C.C. 3.402 (B) (1) "Creditor"
Redeemable in Lawful United States Currency of Exchange
(12 U.S.C. § 411) ALL RIGHTS RESERVED "WITHOUT
PREJUDICE" (U.C.C. 1-105-308/9-311)

⑆1391962052646⑆ 046548298⑈ 1923

| Date | Entity Account No(s) | Principal Sum | Accumulated Late Charges | Total | Check Number |
|------|---------------------|---------------|--------------------------|-------|--------------|
| March 10, 2026 | 100816<br>200801727<br>230402868<br>2408M0027<br>2409M0002 | N/A | N/A | 300,000.00 | 1923 |

## PLEASE FOLLOW SPECIAL INSTRUCTIONS. – U.S. Treasury Control System

Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal

1. This is a non-cash item and therefore is to be handled with special processing and must be presented for acceptance immediately. (See 12 CFR 210.2 (k) &12 CFR 210.8) Reserve Banks or subsequent Collecting Banks must, if Instructed by the sender, present a non-cash item for acceptance in any manner authorized by law. 12 CFR 210.2 (l) Item and electronic item. (1) Non-Cash Item means — (i) An instrument or a promise or order to pay money, whether negotiable or not. In pursuant to Public Law 66 Stat. 840 Any payment made to the United States, shall to the extent thereof, be a full acquittance and discharge, for all purposes of the obligation, of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith.
(Debit these funds onto your Notes Payable General Ledger Account).

2. UCC Collateral No. Cetification of Birth 1391962052646 REDEEM IN LAWFUL MONEY – 12 USC § 411 . AUTHORITY TO MAKE CREDITS OR REFUNDS – 26 USC 6402.

### Memorandum of Law Points and Authorities

Entity Account Number 046548298-Under Section UCC § 3-104(,E) a draft [or an International Bill of Exchange] is the equivalent of a check and may be securitized or monetized by direct deposit in a commercial checking, time, thrift or savings account under Title 12 of the United States code, Section 1813(L) (1) and when deposited it becomes the equivalent of money as outlined under Section 1813(L) (1). The narrow view that money is limited to legal tender is rejected under UCC § 1-201 (b) (24). It is not limited to United States dollars. BANKS ARE PREVENTED FROM DEMANDING DEPOSITS IN ANY SPECIFIC COIN AND CURRENCY IN PURSUANT TO 5 USC 1693 & 1601. 31 U.S. Code § 3302 – Custodians of money (1) A person having custody or possession of public money shall deposit the money without delay in the Treasury or with a depositary designated by the Secretary of the Treasury under law; Shall be deposited not later than the third day after the custodian receives the money (d) An official or agent not complying with subsection (b) of the section may be removed from office. Payor Bank's Responsibility for Late Return f Item for dishonor has a midnight deadline. (See UCC § 4-302 (a)(1)). OFFICERS OF NATIONAL BANKS MUST STAMP "COUNTERFIET" O R "WORTHLESS" IF UNABLE TO PROCESS IN PURSUANT T O 31 U S C § 5153.

2 USC §411-The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal Reserve banks. They shall be deemed in lawful money on demand at the Treasury Department of the United States, in the City of Washington, District of Columbia, or at any Federal Reserve Bank. This International Bill of Exchange is backed by the full faith and credit of the United States under the obligation of the United States as defined in 18 U.S.C. § 8-Obligation or other security of the United States. The term "obligation or other security of the United States" includes all bonds, national bank currency, coupons, United States notes, Treasury notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps. (See also . 12 USC§ 615) Agents will be held personally liable for misappropriation of funds and tax evasion if funds are rejected or stolen.

Unless the original Negotiable Instrument is dishonored in writing within 10 days of receipt by the Secretary of the Treasury, Claimant's financial institution is to release the credit units on hold to the payee (Claimant) within time stipulated by Regulation "Z: Truth in Lending Act or on the date designated, whichever is later. The amount of this accepted draft is to be ledgered by Claimant's financial institution, TTL Department, to the designated account for the redemption of this claim (Regulation Z) This statement constitutes Drawer's order to pay this instrument upon presentment and endorsement.

84181080    Page 0 of 32    03/22/2023 02:31 PM

No. 200801727
Judgment Amount: $118,316.03
Attorney: Vincent DiMaiolo, Jr., Esq./ Ashleigh Levy Marin, Esq.

Being County Parcel No. 10-1262300

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, Situate in the 10th (formerly part of the 50th) Ward of the City of Philadelphia, described according to a Survey and Plan of Property made for Kovhood Potter by Josea J. Menzel, Surveyor and Regulator of the 5th District dated 12/00/1905 to wit:

BEGINNING at a point of intersection formed by the Southerly side of Holms Street (40 feet wide) and the Easterly side of 16th Street (60 feet wide) thence extending South 03 degrees 06 minutes 00 seconds East along the said Southerly side of Holms Street the distance of 41 feet 00 inches to a point; thence South 00 degrees 10 minutes 30 seconds West 131 feet 0-1/2 inches to a point; thence extending North 03 degrees 40 minutes 30 seconds West (erroneously created in prior deed) 41 feet 00 inches to a point on the said Easterly side of 16th Street; thence North 00 degrees 10 minutes 30 seconds East along the said Easterly side of 16th Street 130 feet 10-1/2 inches to a point on the said Southerly side of Holms Street, being the first mentioned point and place of beginning.

BEING known as 1642 Holms Street.

OPA No. 101203300

BEING the same premises which Wells Fargo Bank, N.A., as Trustee for Rhodium HECM 2007-G by Reverse Mortgage Solutions, Inc as attorney in fact, by Deed dated 02/24/2010 and recorded 05/10/2010 in the Office of the Recorder of Deeds in and for the County of Philadelphia in Document No. 83000081, granted and conveyed unto Bonnie Hosni and Osnin Adeyo, as tenants in common

FOR INFORMATION PURPOSES ONLY:

Being known as Parcel 10-1203300, Philadelphia City, Philadelphia County, PA.

Commonly known as 1642 JAMES STREET FKA 1610 JAMES, Philadelphia, PA 19130.

TO BE SOLD AS THE PREMISES OF CONNECT-A-CARE NETWORK LLC.
fraudulent conveyance; thence never was Authorization on A mortgage,
and the transfer to Connect A Care Network LLC. Means Exactly
This is a Single Family Residential Property.

UNITED STATES
POSTAL SERVICE

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: St Debbie Rose Hearst
1542 Hermes Shops CENTER PHILA PA
Phila PA 19102

RE 571 481 304 DS

To: Robert Hileen Dist Director
Phila-Chester Vis Dist Trustees
110 N 8th Street #20474
Phila Penna 19107

Certificate Of Mailing

PENN CENTER PHILA PA 19102
MAR 14 2025

U.S. POSTAGE PAID
PHILADELPHIA, PA
19102
MAR 14, 25
AMOUNT
$2.20
0000
S3234H5034476-04

---

**Registered No.** RE571481304US

**To Be Completed By Customer (Please Print)**
All Entries Must Be In Ballpoint or Typed

| TO | FROM |
|---|---|
| Robert Hileen District Director | Deborah Rose Hearst Trust |
| Phila-Chester US Dist of the leis | 1542 Hermes Shops |
| 110 N 8th Street #20474 | Phila PA 19126-2217 |
| Phila PA 19107-2417 | |

**To Be Completed By Post Office**

Postage $ $9.45
Extra Services & Fees
Customer Must Declare Full Value $ 1,800.00

Received by: 03/14/2025

PENN CENTER PHILA PA 19102
MAR 14 2025
Date Stamp

OFFICIAL USE

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
(See Information on Reverse)
Copy 1 - Customer

PS Form 3817, April 2007 PSN 7530-02-000-9065

**PRIVATE ISSUE**    RECORDED/REGISTERED/CERTIFIED FUNDS RA 408 360 376 US UCC Filing 20252001126 CO.    **PRIVATE ISSUE**

# International Bill of Exchange (UNCITRAL CONVENTION)
Pursuant to and in accordance with the final articles of the UNCITRAL Convention in effect as the date hereof.
REF Ratified Conventional Articles 1-7, 11, 12, 13, 46(3), 47(1), 52
GUARANTEED LEGAL TENDER OF THE UNITED STATES OF AMERICA
(An obligation of the UNITED STATES)

Drawer and Location
Hearst Beanie Rhee Executrix
NSC RA408548129SUS-IM Records Dept.
Beanie Rhee Hearst Trust SC Republic
1618 Haines Street
Philadelphia, Pennsylvania (19126-3717)

Date: 20250310
No. 1924

Pay To The Order Of    Philadelphia Court of Common Pleas    At    SIGHT    Days After    N/A

Amount    One hundrd eighteen thousand, three hundred sixteen and 03/100    US $    118,316.03
VOID WHERE PROHIBITED BY LAW

REGISTERED FUNDS
RE57148129SUS
REMIT AT PAR VALUE

Value Received and Charge to Account  046548298

To: UNITED STATES TREASURY
UNITED STATES TRUST
BENIE RHEE HEARST
EXEMPT PRE-PAID ACCOUNT # 016548293
Departamento De Hacienda De PR
10 Paseo Covadonga, San Juan, PR 00901

Present this International Bill of Exchange (UNCITRAL Convention)
Directly to the collecting party with documents, Acceptance for Honor
To Credit Upon Sight at Tender for ALL Debts, Public Charges,
Taxes, and Dues Payable without deductions FREE OF ANY LEVY,
Duties, Import of any nature (USD)

Autograph  Hearst Beanie Rhee — Bne PA Republic

Authorized Representative (U.C.C. 3.402 (b) (1) "Creditor"
Redeemable In Lawful Unites Currency of Exchange
(18 U.S.C. § 411) ALL RIGHTS RESERVED "WITHOUT
PREJUDICE" (U.C.C. 1-105/308/9-311)

13919620526546  046548298  1924

| Date | Entity Account No(s) | Principal Sum | Accumulated Late Charges | Total | Check Number |
|---|---|---|---|---|---|
| March 10, 2025 | 100810<br>200801727<br>230402868<br>2408M0027<br>2409M0002 | N/A | N/A | 118,316.03 | 1924 |

# PLEASE FOLLOW SPECIAL INSTRUCTIONS – U.S. Treasury Control System
### Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal

1. This is a non-cash item and therefore is to be handled with special processing and must be presented for acceptance immediately. (See 12 CFR 210.2 (k) &12 CFR 210.6) Reserve Banks or subsequent Collecting Banks must, if instructed by the sender, present a non-cash item for acceptance in any manner authorized by law. 12 CFR 210.2 (l) Item and electronic item. (1) Non-Cash Item means — (i) An instrument or a promise or order to pay money, whether negotiable or not. In pursuant to Public Law 55 Stat. 840 Any payment made to the United States, shall to the extent thereof, be a full acquittance and discharge, for all purposes of the obligation, of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith.
(Debit these funds onto your Notes Payable General Ledger Account).

2. UCC Collateral No. Cetifcation of Birth 1391962052046 REDEEM IN LAWFUL MONEY - 12 USC § 411  AUTHORITY TO MAKE CREDITS OR REFUNDS - 26 USC 6402.

## Memorandum of Law Points and Authorities

Entity Account Number 046548298-Under Section UCC § 3-104(£) a draft [or an International Bill of Exchange] is the equivalent of a check and may be securitized or monetized by direct deposit in a commercial checking, time, thrift or savings account under Title 12 of. the United States code, Section 1813(L) (1) and when deposited it becomes the equivalent of money as outlined under Section 1813(L) (1). The narrow view that money is limited to legal tender is rejected under UCC 1-201 (b) (24). It is not limited to United States dollars. BANKS ARE PREVENTED FROM DEMANDING DEPOSITS IN ANY SPECIFIC COIN AND CURRENCY IN PURSUANT TO 5 USC 1693 & 1601. 31 U.S. Code  § 3302 - Custodians of money (1) A person having custody or possession of public money shall deposit the mone without delay in the Treasury or with a depositary designated by the Secretary of the Treasury under law; Shall be deposited not later than the third day after the custodian receives the money (d) An official or agent not complying with subsection (b) of the section may be removed from office. Payor Bank's Responsibility for late Return f Item for dishonor has a midnight deadline. (See UCC § 4-302 (a)(l)). OFFICERS OF NATIONAL BANKS MUST STAMP "COUNTERFIET" OR "WORTHLESS" IF UNABLE TO PROCESS IN PURSUANT TO 31 USC § 5153.

USC §411-The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal Reserve banks. They shall e deemed in lawful money on demand at the Treasury Department of the United States, in the City of Washington, District of Columbia, or at any Federal Reserve Bank. This International Bill of Exchange is backed by the full faith and credit of the United States under the obligation of the United States as defined n 18 U.S. Code § 8-Obligation or other security of the United States. The term "obligation or other security of the United States" includes al bonds, national bank urrency, coupons, United States notes, Treasury notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps. (See also 2 USC§ 615) Agents will be held personally liable for misappropriation of funds and tax evasion if funds are rejected or stolen.

Unless the original Negotiable Instrument is dishonored in writing within 10 days of receipt by the Secretary of the Treasury, Claimant's financial institution is to elease the credit units on hold to the payee (Claimant) within time stipulated by Regulation "Z: Truth in Lending Act or on the date designated, whichever is later. The amount of this accepted draft is to be ledgered by Claimant's financial institution, TTL Department, to the designated account for the redemption of this laim (Regulation Z). This statement constitutes Drawer's order to pay this instrument upon presentment and endorsement.

64101680    Page 6 of 32    03/22/2023 02:31 PM

No. 2008017427
Judgment Amount $118,316.03
Attorney: Vincent DiMaiolo, Jr., Esq./ Ashleigh Levy Marin, Esq.

Being County Parcel No. 10-1262300

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, situate in the 10th (formerly part of the 50th) Ward of the City of Philadelphia, described according to a Survey and Plan of Property made for Horace Foster by Jesse J. Marshel, Surveyor and Regulator of the 5th District dated 12/08/1905 to wit:

BEGINNING at a point of intersection formed by the Southerly side of Holmes Street (40 feet wide) and the Easterly side of 16th Street (60 feet wide); thence extending South 04 degrees 00 minutes 00 seconds East along the said Southerly side of Holmes Street the distance of 41 feet 00 inches to a point; thence South 00 degrees 10 minutes 30 seconds West 131 feet 0-1/2 inches to a point; thence extending North 03 degrees 40 minutes 30 seconds West (erroneously called in prior deed) 41 feet 00 inches to a point on the said Easterly side of 16th Street; thence North 00 degrees 10 minutes 30 seconds East along the said Easterly side of 16th Street 130 feet 10-1/2 inches to a point on the said Southerly side of Holmes Street, being the first mentioned point and place of beginning.

BEING known as 1042 Holmes Street.

OPA No. 101262300

BEING the same premises which Wells Fargo Bank, N.A., as Trustee for Rhsview HEOM 2007-6 by Reverse Mortgage Solutions, Inc as attorney in fact, by Deed dated 03/24/2016 and recorded 04/12/2016 in the Office of the Recorder of Deeds in and for the County of Philadelphia in Document No. 53060881, granted and conveyed unto Bonnie Hoard and Dante Moore, as tenants in common.

FOR INFORMATION PURPOSES ONLY:

Being known as Parcel 10-1262300, Philadelphia City, Philadelphia County, PA

Commonly known as 1042 IVANHO STREET FKA 1840 IVANHO, Philadelphia, PA 19120.

TO BE SOLD AS THE PREMISES OF CONNECT A CARE NETWORK LLC

Fraudulent Conveyance; There Never WAS Authorization on A mortgage, and the transfer to Connect A Care Network LLC it was Fraud !!! This is a Single Family Residential Property.







U.S. POSTAGE PAID
PHILADELPHIA, PA
19102
MAR 14, 25
AMOUNT

**$2.20**

S2324H603476·04

0000

"PRIVATE ISSUE"                                                                                          "PRIVATE ISSUE"

RECORDED/REGISTERED/CERTIFIED FUNDS RA 408 386 336 US UCC Filing 20262010005 CO.

## International Bill of Exchange (UNCITRAL CONVENTION)

**Drawer and Location**
Woods III Jerre Willard Executor
NSC RA 601168332US-IM Records Dept.
Jerre Willard Woods III Trust PA Republic
1519 Filbert Street
Philadelphia, Pennsylvania [19116-4717]

Pursuant to and in accordance with the final articles of the UNCITRAL Convention in effect on the date hereof.
Ref Ratified Conventional Articles 1 - 7, 11/12, 13, 34(2), 47(1) 53
GUARANTEED LEGAL TENDER OF THE UNITED STATES OF AMERICA
(An obligation of the UNITED STATES)

Date: 20260310

No. 1922

Pay To The Order Of   Philadelphia Court of Common Pleas   At   SIGHT   Days After   N/A

Amount   One hundred eighteen thousand, three hundred sixteen and 03/100   US $   118,316.03

VOID WHERE PROHIBITED BY LAW

REGISTERED FUNDS
ACCEPTED VALUE
REDEEM AT PAR VALUE

Value Received and Charge to Account 174564903

To UNITED STATES TREASURY
UNITED STATES TRUST
JESSE WILLARD WOODS III
EXEMPT PREPAID ACCOUNT # 174564903
Departamento de Hacienda De PR
10 Paseo Covadonga, San Juan, PR 00901

Present this International Bill of Exchange (UNCITRAL Convention)
Directly to the collecting party with documents, Acceptance for Honor
To Credit Upon Sight as Tender for ALL Debts, Public Charges,
Taxes, and Duties without deduction FREE OF ANY LEVY
Duties, Import of any nature (USD)

Authorized Signature

Authorized Representative (U.C.C. 3-402 (b) (1) "Creditor
Redeemable in Lawful United States Currency of Exchange
(18 USC § 411) ALL RIGHTS RESERVED "WITHOUT
PREJUDICE (UCC, 1-308-308(a-311)

2061103E762   174564903   1422

| Date | Entity Account No(s) | Principal Sum | Accumulated Late Charges | Total | Check Number |
|---|---|---|---|---|---|
| March 10, 2026 | X00801727<br>230402868<br>2404M0024 | N/A | N/A | 118,316.03 | 1922 |

## PLEASE FOLLOW SPECIAL INSTRUCTIONS – U.S. Treasury Control System

### Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal

1. This is a non-cash item and therefore is to be handled with special processing and must be presented for acceptance immediately. (See 12 CFR 210.2 (k), §12 CFR 210.0) Reserve Banks or subsequent Collecting Banks must, if instructed by the section present a non-cash item for acceptance in any manner authorized by law, 12 CFR 210.2 (l) Item and electronic item, (1) Non-Cash Item means – (i) All instrument or a promise or order to pay money, whether negotiable or not. In pursuant to Public Law 56 Stat. 240 Any payment made to the United States, shall to the extent thereof, be a full acquittance and discharge, for all purposes of the obligation, of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith. (Debit these funds onto your Notes Payable General Ledger Account).

2. UCC Collateral No. Notification of Birth 2001001002 REDEEM IN LAWFUL MONEY - 12 USC § 411  AUTHORITY TO MAKE CREDITS OR REFUNDS - 26 USC § 6402.

## Memorandum of Law Points and Authorities

Entity Account Number 174564903–Under Section UCC § 3-104(e) a draft [or an International Bill of Exchange] is the equivalent of a check and may be securitized or monetized by direct deposit in a commercial checking, time, thrift or savings account under Title 12 of the United States code, Section 1813(L) (1) and when deposited it becomes the equivalent of money as outlined under Section 1813(L) (1). The narrow view that money is limited to legal tender is rejected under UCC § 1-201 (b) (24). It is not limited to United States dollars, BANKS ARE PREVENTED FROM DEMANDING DEPOSITS IN ANY SPECIFIC COIN AND CURRENCY IN PURSUANT TO 5 USC 1095 & 1601. 31 U.S. Code § 3302 – Custodians of money (1) A person having custody or possession of public money shall deposit the money without delay in the Treasury or with a depositary designated by the Secretary of the Treasury under law; Shall be deposited not later than the third day after the custodian receives the money (d) An official or agent not complying with subsection (b) of the section may be removed from office. Payor Bank's Responsibility for Late Return f Item for dishonor has a midnight deadline. (See UCC § 4-302 (a)(l)). OFFICERS OF NATIONAL BANKS MUST STAMP "COUNTERFIET" O R "WORTHLESS" IF UNABLE TO PROCESS IN PURSUANT TO 31 U S C § 5153.

2 USC §411–The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal Reserve banks. They shall be deemed in lawful money on demand at the Treasury Department of the United States, in the City of Washington, District of Columbia, or at any Federal Reserve Bank. This International Bill of Exchange is backed by the full faith and credit of the United States under the obligation of the United States as defined in 18 U.S. Code § 8–Obligation or other security of the United States. The term "obligation or other security of the United States" includes all bonds, national bank currency, coupons, United States notes, Treasury notes, certificates of deposit, bills, checks, or drafts for money drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under Act of Congress, and canceled United States stamps. (See also 12 USC§ 915) Agents will be held personally liable for misappropriation of funds and tax evasion if funds are rejected or stolen.

Unless the original Negotiable Instrument is dishonored in writing within 10 days of receipt by. the Secretary of the Treasury, Claimant's financial institution is to release the credit units on hold to the payee (Claimant) within time stipulated by Regulation "Z Truth in Lending Act or on the date designated, whichever is later. The amount of this accepted draft is to be ledgered by Claimant's financial institution, TTL Department, to the designated account for the redemption of this claim (Regulation Z). This statement constitutes Drawer's order to pay this instrument upon presentment and endorsement.

No. 200801727

Judgment Amount: $118,316.03

Attorney: Vincent DiMaiolo, Jr., Esq./ Ashleigh Levy Marin, Esq.

Being County Parcel No. 10-1262300

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, Situate in the 10th (formerly part of the 50th) Ward of the City of Philadelphia, described according to a Survey and Plan of Property made for Horace Pollet by Josea J. Menzel, Surveyor and Regulator of the 5th District dated 12/08/1995 to wit:

BEGINNING at a point of intersection formed by the Southerly side of Haines Street (40 feet wide) and the Easterly side of 16th Street (50 feet wide) thence extending South 84 degrees 05 minutes 00 seconds East along the said Southerly side of Haines Street the distance of 41 feet 00 inches to a point; thence South 00 degrees 10 minutes 30 seconds West 131 feet 0-1/2 inches to a point; thence extending North 83 degrees 40 minutes 30 seconds West (erroneously ceded in prior deed) 41 feet 00 inches to a point on the said Easterly side of 16th Street; thence North 00 degrees 10 minutes 30 seconds East along the said Easterly side of 16th Street 130 feet 10-1/2 inches to a point on the said Southerly side of Haines Street, being the first mentioned point and place of beginning.

BEING known as 1642 Haines Street.

OPA No. 101262300

BEING the same premises which Wells Fargo Bank, N.A., as Trustee for Rhaview IRIOM 2007-2 by Reverse Mortgage Solutions, Inc as attorney in fact, by Deed dated 05/24/2010 and recorded 06/10/2010 in the Office of the Recorder of Deeds in and for the County of Philadelphia in Document No. 53060891, granted and conveyed unto Benndy Hozzel and Danie Moore, as tenants in common.

FOR INFORMATION PURPOSES ONLY:

Being known as Parcel 10-1262300, Philadelphia City, Philadelphia County, PA.

Commonly known as 1642 HAINES STREET FKA 1640 HAINES, Philadelphia, PA 10120.

TO BE SOLD AS THE PREMISES OF CONNECT-A-CARE NETWORK LLC

*Fraudulent Conveyance; There never was Authorization or a mortgage, and Transfer to Connect A Care Network LLC. This Brand!!! This is a Single Family Residential Property.*

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Registered No. RE571 481 281 US

**To Be Completed By Customer (Please Print)**
All Entries Must Be In Ballpoint or Typed

TO
Robert Millard Woods III Trust
1542 Hirples Street
Phila Penna 19102-2442

FROM
Jesse Millard Woods III Trust
1542 Hirples Street
Phila Penna 19102-2442

**To Be Completed By Post Office**

Postage $ 2.55

Extra Services & Fees

Registered $13.50  FR

Return Receipt (hardcopy) $

Return Receipt (electronic) $

Restricted Delivery $

$ 100.00

Total Postage & Fees $

Customer Must Declare Full Value $ 100.00

PS Form 3817, April 2007 PSN 7530-02-000-9055

Date-Stamp
01.04.16
2025

**Certificate C Mailing**

UNITED STATES POSTAL SERVICE

From: Jesse Millard Woods III Trust
1542 Hirples Street
Phila Penna 19102-2442

To: Robert Millard District DC
Phila Chr 2305, USDO of N.D...
401 N 8th Street Ste # 207
Phila Penna 19107-2442

RE 571 481 281 US

U.S. POSTAGE PAID
PHILADELPHIA, PA
19104
MAR 14, 25
AMOUNT
$2.20
S2324A602775-16

*CASE # 2:25-CV-00293-JMG*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this *27* day of *MArch* , 20 *25*

Signature of Plaintiff *(Bennie Khee Hearst Pettway )* *Hearst Bennie Khee*

Mailing Address *1542 Hanner Street*

*Philadelphia PA 19126*

Telephone Number *484-234-9889*

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20 ____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

# CERTIFICATE OF SERVICE

I certify that a copy of the above **NOTICE OF REMOVAL** to the Defendants are true and correct copies and have been furnished either by way of walk-in, Facsimile or certified mail, first class mail, priority or expressed post and/or emailed to:

Brian W. Kincaid, Esq., PA Sup Ct ID No. 53776
Fein, Such, Kahn & Shepard, P.C.
7660 Imperial Way, Suite 121
Allentown, Pennsylvania 18195-1022

Edward Levin - Owner
American Destiny Real Estate Services
400 Southpointe Boulevard, Suite 410
Canonsburg, Pennsylvania 15317-8588

Andre Lacouture
Single Source Solutions LLC
1000 Noble Energy Drive #300
Canonsburg, Pennsylvania 15317-7551

Jeff Tennyson, President & CEO
Lima One Capital LLC
502 W. 7th Street, Suite 100
Erie, Pennsylvania 16502-1333

Kevin Holliday, Director of Operations
HOF I REO 5 INC
251 Little Falls Drive
Wilmington, Delaware 19808-1674

Rochelle Bilal, Sheriff
Philadelphia Sheriff's Office
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110-1024

Michael J. Shavel, PA Sup Ct ID No. 60554
Hill Wallack LLP
1000 Floral Vale Blvd., Suite 300
Yardley, Pennsylvania 19067-5569

Philadelphia Court of Common Pleas
1301 Filbert Street, #310 B
Philadelphia, Pennsylvania 19017-2605

Philadelphia Office of the District Attorney
1425 Arch Street, 4th Floor
Philadelphia, Pennsylvania 19102-0001

American Home Title Insurance Agency Inc
2 Eves Drive, #105
Marlton, New Jersey 08053

Rodney Burrell, Broker (Georgia)
Lima One Capital LLC
502 W 7th Street, #100
Erie, Pennsylvania 16502-1333

Philadelphia Police Department, IAB
Detective Hernandez
7790 Dungan Road
Philadelphia, Pennsylvania 19111


Date:   22 March2025   _____

I am   _Bennie R Hearst Pettway_____
                Bennie R. Hearst Pettway, et alia



**UNITED STATES POSTAL SERVICE** ®

**PRIORITY** ® **MAIL**

PRESS FIRMLY

**MAILING ENVELOPE**
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00000133100

EP14 October 2024
OD: 15 x 11.625

USDC, ED@PA
# Case 2:25-CV-00293-
JMG

Notice 2 Rmvl &
Amd II

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL